```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  KATE L. SCARBOROUGH
    Certified Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2739
```

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | MAG. NO. 05-302 PAN |
|---|---|---|
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS |
| | ) | VIOLATION AND ORDER |
| v. | ) | |
| | ) | |
| MARY HUMBERT, | ) | |
| | ) | DATE: January 5, 2006 |
| Defendant. | ) | TIME: 9:00 a.m. |
| _____ | ) | JUDGE: Hon. Peter A. Nowinski |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing with prejudice MAG. NO. 05-302 PAN.

DATED: November 10, 2005         MCGREGOR W. SCOTT
                                 United States Attorney

                           By:   /s/ Matthew C. Stegman
                                 MATTHEW C. STEGMAN
                                 Assistant U.S. Attorney

                                 ORDER

IT IS SO ORDERED:

DATED: November 21, 2005.


/s/ Peter A. Nowinski
HON. PETER A. NOWINSKI
United States Magistrate Judge